chrisespinosaind

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
JUN 22 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

05-00053

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. |
|---|---|---|
| Plaintiff, | ) | **INDICTMENT** |
| vs. | ) | **CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE** [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846]  (COUNT 1) |
| CHRISTOPHER M. ESPINOSA, ERIC M. APONIK, JOHN V. CRUZ, and JARETT J. ELM, | ) | **ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE** [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846]  (COUNT 2) |
| Defendants. | ) | |

THE GRAND JURY CHARGES:

### COUNT 1 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

Beginning at a time in or about the month of January, 2005 through on or about June 18, 2005, in the District of Guam and elsewhere, the defendants, CHRISTOPHER M. ESPINOSA, ERIC M. APONIK, JOHN V. CRUZ, and JARETT J. ELM, and other persons unknown to the grand jury, did unlawfully, intentionally, and knowingly combine, conspire, confederate and agree together and with others, to distribute over 100 grams of methamphetamine hydrochloride,

a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and 846.

## COUNT 2 - ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE

On about June 18, 2005, in the District of Guam, the defendants herein, CHRISTOPHER M. ESPINOSA, ERIC M. APONIK, JOHN V. CRUZ, and JARETT J. ELM, did unlawfully and knowingly attempt to possess with intent to distribute over 100 grams of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and 846.

Dated this 22 day of June 2005.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

2