chrisespinosasel

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

ORIGINAL


DISTRICT COURT OF GUAM

JUN 23 2005

MARY L.M. MORAN
CLERK OF COURT

(3)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CHRISTOPHER M. ESPINOSA, ERIC M. APONIK, JOHN V. CRUZ, and JARETT J. ELM, Defendants. | CRIMINAL CASE NO. 05-00053 **APPLICATION AND ORDER TO SEAL RECORD** |

The United States moves this Honorable Court for an order sealing the record in the above-entitled case for the reason that further investigation is still pending in this matter, which may be hindered by making this cause available for public scrutiny.

Respectfully submitted this ____ day of June 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: ______________________
RUSSELL C. STODDARD
First Assistant U.S. Attorney

IT IS SO ORDERED this 23rd day of June 2003.

______________________
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

RECEIVED
JUN 22 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM