≈AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

FILED
DISTRICT COURT OF GUAM
JUN 24 2005
MARY L.M. MORAN
CLERK OF COURT

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| ERIC M. APONIK | Case Number: CR-05-00053-002 |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** <br> 4th Floor, U.S. Courthouse <br> 520 West Soledad Avenue | 413 |
| | Date and Time |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **Friday, June 24, 2005 at 10:00 a.m.** |

To answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)**

**21:841(a)(1), (b)(1)(A)(viii) & 846 - ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE (COUNT 2)**

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon* (signature)
Signature of Issuing Officer

**June 22, 2005**
Date

## RETURN OF SERVICE

Service was made by me on:[1] Date

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☒ Returned unexecuted: UNABLE TO SERVE IND. IN TIME OF HRS. IND'S. ATTY. IS FEDERAL PUBLIC DEFENDER AS PER U.S. PROB. OFR. MINDY BRUNSON.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  6/24/05
Date

J. L. B. Solos
Name of United States Marshal

S/ Susan A. Unegogo
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.