

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

**CASE NO. CR-05-00053-001**     **DATE:** 07/18/2005     **TIME:** 11:42 a.m.

**HON. FRANCES TYDINGCO-GATEWOOD, Designated Judge**      Law Clerk: Kim Walmsley
Court Reporter: Wanda M. Miles                          Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 11:42:08 - 11:55:18    CSO: F. Tenorio

************************** A P P E A R A N C E S **************************

**DEFT: CHRISTOPHER M. ESPINOSA**           **ATTY: RAWLEN MANTANONA**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.   ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                 AGENT: CRAIG HALES, U.S. POSTAL INSPECTOR

U.S. PROBATION: CARMEN O'MALLAN              U.S. MARSHAL: W. GRAY

INTERPRETER: _____   ( ) SWORN      LANGUAGE: _____
                                      ( ) PREVIOUSLY SWORN

**PROCEEDINGS: INITIAL APPEARANCE RE INDICTMENT / ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: RAWLEN MANTANONA, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: 24    HIGH SCHOOL COMPLETED: JUNIOR IN HIGH SCHOOL
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR: _____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANT WAIVED READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) INDICTMENT
( X ) PLEA ENTERED: ( ) *GUILTY* ( X ) *NOT GUILTY* - TO: CHARGES CONTAINED IN THE INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING: _____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( X ) TRIAL SET FOR: AUGUST 8, 2005 at 9:30 A.M.

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

The Government adopted the pretrial service officer's recommendation of detention. Defense counsel stated that he will bring a bail motion at a later date.

The Court and parties discussed the trial date of August 8, 2005. The Government stated that under the speedy trial clock in a multiple defendant case the clock starts running after the arraignment of the last defendant.

Courtroom Deputy: _____

*FILED DISTRICT COURT OF GUAM  JUL 18 2005  MARY L.M. MORAN CLERK OF COURT  19*