# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA | NOTICE |
|---|---|
| V. | |
| **CHRISTOPHER M. ESPINOSA**, et al. | CASE NUMBER: CR-05-00053 |

| TYPE OF CASE: | | |
|---|---|---|
| | ☐ CIVIL | X CRIMINAL |

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| | DATE AND TIME |
| TYPE OF PROCEEDING | |
| JURY TRIAL | |

**FILED**
DISTRICT COURT OF GUAM
AUG 26 2005
MARY L.M. MORAN
CLERK OF COURT

X TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| Place | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | Tuesday, September 6, 2005 at 9:30 a.m. | Thursday, September 1, 2005 at 10:00 a.m. |

MARY L. M. MORAN
CLERK OF COURT

August 26, 2005
DATE

(BY) DEPUTY CLERK

TO:    U.S. Attorney's Office         Federal Public Defender        U.S. Marshal Service
       Rawlen Mantanona             William Gavras
       Joaquin C. Arriola, Jr.             U.S. Probation Office