AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

| UNITED STATES OF AMERICA | **NOTICE** | **FILED** |
| --- | --- | --- |
| V. | | DISTRICT COURT OF GUAM |
| CHRISTOPHER M. ESPINOSA, et al | CASE NUMBER: 05-00053 | AUG 2 9 2005 |
| | | MARY L.M. MORAN |
| | | ~~CLERK OF COURT~~ |

**TYPE OF CASE:**

☐ **CIVIL**   X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
| --- | --- |
| | DATE AND TIME |

TYPE OF PROCEEDING

**JURY TRIAL**

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>Thursday, September 1, 2005 at 10:00 a.m. | RESCHEDULED TO DATE AND TIME<br><br>Wednesday, August 31, 2005 at 9:30 a.m. |
| --- | --- | --- |

Mary L.M. Moran
CLERK OF COURT

August 26, 2005                              _Marilyn B. Alcon_
DATE                                                    (BY) DEPUTY CLERK

TO:  R. Stoddard                R. Mantanona                  W. Gavras                  J. Arriola
     First Asst. U.S. Attorney   Attorney for Espinosa         Attorney for Elm           Attorney for Cruz

     J. Gorman
     Attorney for Aponik