IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**



FILED
DISTRICT COURT OF GUAM
AUG 3 1 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00053-004**          **DATE: August 31, 2005**

***

**HON. S. JAMES OTERO, Designated Judge, Presiding**    Law Clerk: NONE PRESENT
Court Reporter: Wanda M. Miles                          Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 2:01:06 - 2:31:53      CSO: J. Lizama / L. Gogo

* * * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: JARRETT J. ELM**                               **ATTY: WILLIAM GAVRAS**
(X) PRESENT  ( ) CUSTODY  ( ) BOND  (X) P.R.           (X) PRESENT  ( ) RETAINED  ( ) FPD  (X) CJA APPOINTED

U.S. ATTORNEY: RUSSELL STODDARD                        AGENT: CRAIG HALES, U.S. POSTAL INSPECTOR

U.S. PROBATION: CARMEN O'MALLAN                        U.S. MARSHAL: W. GRAY

INTERPRETER: _____   ( ) SWORN    LANGUAGE: _____

***

## PROCEEDINGS:    CHANGE OF PLEA

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
(X) DEFENDANT SWORN AND EXAMINED:    AGE: 21    SCHOOL COMPLETED: 11th Grade
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
(X) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
(X) PLEA ENTERED: (X) *GUILTY*  ( ) *NOT GUILTY* - TO: COUNT I
(X) PLEA AGREEMENT FILED: 08/31/2005    PLEA: (X) *ACCEPTED*  ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____  (X) STATUS HEARING: November 28, 2005 at 10:00 a.m.
(X) PRESENTENCE REPORT DUE: October 31, 2005

( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
(X) DEFENDANT RELEASED ON PERSONAL RECOGNIZANCE BOND AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

**The Court Granted a pen and ink change to the Plea Agreement: page 3, line 15, delete "$250,000" and replace with "$4,000,000".**

**The Court Ordered the Presentence Report due on or before October 31, 2005.**