PS 42
(Rev. 07/93)

# United States District Court
District of Guam

FILED
DISTRICT COURT OF GUAM
OCT -7 2005
MARY L.M. MORAN
CLERK OF COURT

United States of America )
)
vs. )
)
JARETT J. ELM )

Case No: 05-00053-004

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Jarett J. Elm__, have discussed with __Robert I. Carreon__, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

The defendant shall submit to a mental health intake assessment and any recommended treatment inclusive of individual and/or family counseling.

I consent to this modification of my release conditions and agree to abide by this modification.

Jarett J. Elm     9-7-05            Robert I. Carreon     9/7/05
Signature of Defendant   Date        Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

William Gavras                       10-3-05
Signature of Defense Counsel         Date

[ ] The above modification of conditions of release is orderd, to be effective ~~on~~ immediately

[ ] The above modification of conditions of release is *not* ordered.

JOAQUIN V.E. MANIBUSAN, JR.
~~Judge~~
~~XXXX~~ U.S. MAGISTRATE JUDGE
U.S. District Court of Guam

RECEIVED
OCT - 6 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Date 10/7/2005

ORIGINAL

Case 1:05-cr-00053   Document 82   Filed 10/07/2005   Page 1 of 1