```
 1  JElm.STP
 2  LEONARDO M. RAPADAS
    United States Attorney
 3  RUSSELL C. STODDARD
    First Assistant U.S. Attorney
 4  Suite 500, Sirena Plaza
    108 Hernan Cortes Avenue
 5  Hagatna, Guam 96910
    PHONE: (671) 472-7332
 6  FAX: (671) 472-7334
 7  Attorneys for United States of America
```

FILED
DISTRICT COURT OF GUAM
NOV 16 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00053-004 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION OF PARTIES TO CONTINUE STATUS HEARING** |
| JARETT J. ELM, | ) | |
| Defendant. | ) | |

The parties in the above-entitled matter, the United States of America, and the defendant, through his counsel, William Gavras, hereby stipulate to continue the Status Hearing currently scheduled for November 28, 2005, at 10:00 a.m. to a date sometime after January 15, 2006.

The parties make the foregoing request for the reasons that defendant is cooperating with the government, and that he is also scheduled to be called upon as a witness for the government against co-defendant, Christopher M. Espinosa. Defendant Espinosa's trial is scheduled for

\\
\\
\\

November 29, 2005. The additional time is necessary so that the parties can fully assess the nature and extent of the defendant's cooperation. Also, counsel for the defendant Elm is scheduled to be off-island during the holidays.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 11·16·05

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

DATED: 11-16-05

_____
WILLIAM L. GAVRAS
Attorney for Defendant

### ***ORDER***

IT IS SO ORDERED that the Status Hearing currently scheduled for November 28, 2005 at 10:00 a.m., is hereby rescheduled to the _____ day of _____, 2006, at the hour of _____.m.

DATED: _____

_____
Designated Judge
District Court of Guam