1  JElm.APR

2  LEONARDO M. RAPADAS
   United States Attorney
3  RUSSELL C. STODDARD
   First Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   Telephone: (671) 472-7332/7283
6  Telecopier: (671) 472-7334

7  Attorneys for United States of America

8

9

10

**FILED**
DISTRICT COURT OF GUAM

NOV 16 2005

MARY L.M. MORAN
CLERK OF COURT

### IN THE UNITED STATES DISTRICT COURT

### FOR THE TERRITORY OF GUAM

11  UNITED STATES OF AMERICA,        )      CRIMINAL CASE NO. 05-00053-004
                                     )
12             Plaintiff,            )
                                     )
13        vs.                        )      **GOVERNMENT'S STATEMENT**
                                     )      **ADOPTING FINDINGS OF**
14  JARETT J. ELM,                   )      **PRESENTENCE REPORT**
                                     )
15             Defendant.            )
    _____)

16

17      Pursuant to General Order 88-1, paragraph 3(b), the United States adopts the findings of the

18  Presentence Report for the above defendant.

19      Respectfully submitted this 16th day of November, 2005.

20                                          LEONARDO M. RAPADAS
                                            United States Attorney
21                                          Districts of Guam and NMI

22

23                                   By: _____
                                            RUSSELL C. STODDARD
24                                          First Assistant U.S. Attorney

25

26

27

28                                   -1-

ORIGINAL

**CERTIFICATE OF SERVICE**

    I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on November 16, 2005, I caused to be served by facsimile service, an unfiled copy of the foregoing document: **Government's Statement Adopting Findings of Presentence Report**, in <u>United States v. Jarett J. Elm</u>, Criminal Case No. 05-00053-004 to the following counsel:

> William L. Gavras
> Law Offices of Gorman & Gavras
> 2nd Floor, J & R Building
> 208 Route 4
> Hagatna, Guam 96910
>
> FAX: 472-2342

CARMELLETA SAN NICOLAS
Secretary to U.S. Attorney

- 2 -