JElm2.ORD

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV 17 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00053 |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | **RE: 1st STIPULATION TO CONTINUE STATUS HEARING** |
| JARETT J. ELM, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the status hearing currently scheduled for Monday, November 28, 2005 at 9:30 a.m., is hereby rescheduled to January 17, 2006 at 2:30 p.m.

DATE: November 17th, 2005

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge