ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 10 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JARRETT J. ELM,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 05-00053<br><br>**STIPULATION OF PARTIES TO CONTINUE STATUS HEARING** |

The parties in the above-entitled matter, the United States of America, and the defendant, through his counsel, William L. Gavras, hereby stipulate to continue the status hearing currently scheduled for January 17, 2006, and that it be rescheduled to a date to be selected by the Court on or after April 13, 2006.

//
//
//
//
//
//
//

| | |
|---|---|
| 1 | The parties make this request because it is anticipated that the defendant will be called as |
| 2 | a witness in the trial of <u>United States v. Christopher M. Espinosa, et al.</u>, Cr. No. 05-00053, the |
| 3 | trial date of which is currently pending. |
| 4 | SO STIPULATED. |

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATE: 1-9-06

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

DATE: 1-10-06

_____
WILLIAM L. GAVRAS
Attorney for Defendant