LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 11 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>JARRETT J. ELM, )<br>)<br>Defendant. )<br>_____ ) | CRIMINAL CASE NO. 05-00053<br><br>**ORDER**<br>**RE: 2nd STIPULATION TO CONTINUE**<br>**STATUS HEARING** |

IT IS HEREBY ORDERED that the status hearing currently scheduled for Monday, January 17, 2006 at 2:30 p.m., is hereby rescheduled to April 18, 2006 at 2:30 p.m.

DATE: January 11, 2006

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL