LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

JElm3.ORD

**FILED**
DISTRICT COURT OF GUAM
APR 13 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00053 |
| Plaintiff, | **ORDER** |
| vs. | re: Third Stipulation to Continue Status Hearing |
| JARETT J. ELM, | |
| Defendant. | |

Based on the parties' stipulation to continue the status hearing herein,

**IT IS HEREBY ORDERED** that the status hearing currently scheduled for April 18, 2006 be continued to June 6, 2006, at 2:30 p.m.

Dated this 13th day of April 2006.

*/s/ JOAQUIN V.E. MANIBUSAN, JR.*
U.S. Magistrate Judge

ORIGINAL