# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:** Robert I. Carreon, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[ ] **Original Notice**

[ ] **Notice of Disposition**

**FILED**
DISTRICT COURT OF GUAM
MAY 16 2006
MARY L.M. MORAN
CLERK OF COURT

| | | | |
|---|---|---|---|
| Date: | May 10, 2006 | Date: | |
| By: | John C. Coughenour, Designated U.S. District Judge | By: | |

| | | | |
|---|---|---|---|
| Defendant: | ESPINOSA, Christopher Michael | Case Number: | USDC CR. CS. NO. 05-00053-004 |
| Date of Birth: | XX-XX-1980 | Place of Birth: | Tamuning, Guam - USA |
| SSN: | XXX-XX-7759 | | |

**NOTICE OF COURT ORDER** (Order Date: _____ )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted — Document returned to defendant.

[ ] Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted — Document and copy of Judgment enclosed.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
Defendant (or representative)

**ORIGINAL**