1  JElm.SVS

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Street
5  Hagåtña, Guam 96910
   Telephone: (671) 472-7332/7283
6  Telecopier: (671) 472-7334

7  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

MAY 24 2006

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00053 |
| Plaintiff, ) | |
| vs. ) | **STIPULATION OF PARTIES** |
|  ) | **TO VACATE STATUS HEARING** |
| JARETT J. ELM, ) | |
| Defendant. ) | |

The parties in the above-entitled matter, the United States of America, and the defendant, by and through his counsel, William Gavras, hereby stipulate to vacate the

\\
\\
\\
\\
\\

status hearing, currently scheduled for June 6, 2006 at 2:30 p.m., and set this case for sentencing as soon as the Court's schedule permits.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 5/23/06     By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

DATED: 5-24-06    /s/ William Gavras
WILLIAM GAVRAS
Attorney for Defendant