FILED
DISTRICT COURT OF GUAM
JUN 16 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JARETT J. ELM,<br><br>    Defendant. | Criminal Case No. 05-00053<br><br>**ORDER RE:**<br>**PRESENTENCE REPORT** |

On May 25, 2006 the Court issued an order requiring the Probation Office to file its Presentence Report by August 17, 2006. However, the Court notes that a Presentence Report had previously been filed. Accordingly, the Probation Office is ordered to file an updated Presentence Report by August 17, 2006.

Dated this 15th day of June 2006.

JOHN A. HOUSTON[*]
District Court of Guam

---

[*]The Honorable John A. Houston, United States District Judge for Southern District of California, by designation.

ORIGINAL