William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

**Attorneys for Defendant**
**JARETT J. ELM**

FILED
DISTRICT COURT OF GUAM
AUG 23 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00053-004 |
| Plaintiff, ) | |
| ) | OBJECTIONS TO PRESENTENCE |
| vs. ) | REPORT |
| JARETT J. ELM, ) | |
| Defendant. ) | |

COMES NOW Defendant, by and through counsel, and continues in his objections to the presentence investigation report previously filed. The substance of the objections remains the same. However the paragraph numbers referred to have changed as an "Updated Presentence Investigation Report" has been filed. For the Court's convenience the prior objections are set forth again *verbatim* with the exception that the prior paragraph numbers have been struck and the paragraph numbers which apply to the "Updated Presentence Investigation Report" have been included in bold.

The for his objections to the presentence investigation report [defendant] objects to the following:

1. that part of paragraph ~~39~~ **40** which states that Defendant was aware of the scope and structure of the conspiracy;

2. paragraphs ~~50~~ **51** and that part of ~~39~~ **40** which provides for a two level decrease in offense level as an adjustment downward for Defendant's role in the offense.

Defendant's offense level should be reduced by 4 offense levels for his role in the offense. He was unaware of the scope and structure of the conspiracy and his involvement in the conspiracy was minimal.

If Defendant's objections are sustained, his total offense level will be 22.

Defendant believes it will take the Court no longer that fifteen to twenty minutes to resolve the above stated objections.

WHEREFORE, Defendant prays that his objections be sustained.

Respectfully Submitted,

LAW OFFICES OF GORMAN & GAVRAS

Date: August 23, 2006.    By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Defendant
JARETT J. ELM

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon the Office of the United States Attorney, Guam and the United States Probation Office, Guam, a true and correct copy of this document on or before August 23, 2006.

|  |  |
|---|---|
| | LAW OFFICES OF GORMAN & GAVRAS |
| Date: November 10, 2005. | By: _____ <br> WILLIAM L. GAVRAS, ESQ. <br> Attorneys for Defendant <br> JARETT J. ELM |