William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Defendant
JARETT J. ELM

**FILED**
DISTRICT COURT OF GUAM
AUG 30 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00053-004 |
| Plaintiff, | ) | |
| | ) | MOTION TO ALLOW CRAIG HALES |
| | ) | TO TESTIFY VIA TELEPHONE |
| JARETT J. ELM, | ) | |
| Defendant. | ) | |

COMES NOW Defendant, by and through counsel, and requests that Craig Hales, U.S. Postal Inspector, be allowed to testify via telephone on Thursday, August 31, 2006 at 10:15 a.m. at the sentencing hearing herein.

Respectfully Submitted,

LAW OFFICES OF GORMAN & GAVRAS

Date: August 10, 2006

By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Defendant
JARETT J. ELM

**ORIGINAL**

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon the Office of the United States Attorney, Guam, a true and correct copy of this document on or before August 30, 2006.

LAW OFFICES OF GORMAN & GAVRAS

Date: August 30, 2006.   By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Defendant
JARETT J. ELM

2