# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## SENTENCING

CASE NO.: CR-05-00053-004                     DATE: August 31, 2006

HON. RONALD B. LEIGHTON, Designated Judge, Presiding
Law Clerk: Greg Leever                        Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore         Electronically Recorded: 10:57:29 - 11:30:40
CSO: J. McDonald / J. Lizama

**APPEARANCES:**

Defendant: Jarett J. Elm                       Attorney: William L. Gavras
☑ Present ☐ Custody ☐ Bond ☑ P.R.            ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson                   U.S. Agent:
U.S. Probation: Carleen Borja                  U.S. Marshal: G. Perez
Interpreter:                                   Language:

**PROCEEDINGS: Sentencing**
- Court stated the appropriate offense levels.
- Government's Motion for Additional One-Level Departure and Motion for Substantial Assistance Granted.
- Defendant committed to the Bureau of Prisons for a term of time served (approximately 1 day)
- Upon release from imprisonment, defendant is placed on supervised release for a term of 4 years, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Count II is dismissed.

NOTES: The Court stated that based on the proffer made in chambers, the testimony of Mr. Craig Hales, U.S. Postal Inspector, will not be heard. Accordingly, the Court DENIED defense counsel's motion to testify. The Court stated that Mr. Hales has been informed. No further written order will be forthcoming.