PROB 12A
(7/93)

# United States District Court

for

District of Guam

**Report on Offender Under Supervision**

FILED
DISTRICT COURT OF GUAM
DEC -4 2006
MARY L.M. MORAN
CLERK OF COURT

Name of Offender: **Jarett J. Elm**  Case Number: **CR 05-00053-004**

Name of Sentencing Judicial   Ronald B. Leighton

Date of Original Sentence:   August 31, 2006

Original Offense: Conspiracy to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

Original Sentence: Time served (one day) followed by a four year term of supervised release with conditions to include: not commit another federal, state, or local crime; not possess a firearm or other dangerous weapon; cooperate in the collection of DNA; not use or possess illegal controlled substances; refrain from the use of any and all alcoholic beverages; submit to one urinalysis test within 15 days of release from custody and to two more urinalyses thereafter; submit up to eight drug tests a month for use of a controlled substance; participate in a program approved by the U.S. Probation Office for assessment and treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse; perform 200 hours of community service; and pay a $100 special assessment fee.

Type of Supervision: Supervised release   Date Supervision Commenced: August 31, 2006

## NONCOMPLIANCE SUMMARY

<u>Violation Number</u>   <u>Nature of Noncompliance</u>

ORIGINAL

Mr. Elm has been ordered to submit to participate in a substance abuse program approved by the U.S. Probation Office which will include testing. An assessment conducted by the undersigned probation officer concludes that substance abuse treatment is not needed at this time. The Texas Christian University Drug Screen was completed and Mr. Elm scored a zero (0) confirming there is no need for treatment at this time. Mr. Elm will continue to be monitored through drug tests and will be referred for treatment if needed. It is respectfully recommended that the special condition requiring treatment be suspended.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader
Date: 11/28/06

Respectfully submitted,

by: ROBERT I. CARREON
U.S. Probation Officer
Date: 11/28/06

**THE COURT ORDERS**

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other    Condition suspended as recommended.

HON. FRANCES TYDINGCO-GATEWOOD
Chief Judge
District of Guam

12/4/06
Date

RECEIVED
NOV 29 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM