ORIGINAL

ELM_J.ref

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
JAN -9 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JARETT J. ELM, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 05-00053 <br><br> PETITION TO REFUND OVERPAYMENT OF SPECIAL ASSESSMENT FEE |

## PETITION

On August 31, 2006, Defendant JARRETT J. ELM was sentenced, among other things, to pay a $100.00 special assessment fee. Plaintiff petitions the Court to refund the overpaid portion of the special assessment fee imposed against the Defendant:

1. The following assessment fee was imposed against Defendant:

   $100.00    Amount of assessment fee

   $200.00    Amount collected (see attachment A)

   $100.00    Amount overpaid

//
//
//

2. Plaintiff respectfully requests that the Court refund the full amount of overpayment by issuing a check in the amount of $100.00 to William Gavras (individual who made the overpayment) and mailing the check to his address as provided by our office.

3. Plaintiff further requests that any future payments made by defendant be refunded to him.

DATED this **9th** day of January, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

# District Court of Guam
# Fees Report

Case: CR-05-00053

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 09/22/2006 | 0030013 | Elm, Jarett J. | | | |
| | | | CR-05-00053: USA v. Elm<br>Party: Elm, Jarett J.<br>    Assessments/Fines | $ | 100.00 |
| | | | Payment Type(s)<br>    Cash | $ | 100.00 |
| 10/11/2006 | 0030150 | Cruz, John V. | | | |
| | | | CR-05-00053: USA v. Elm<br>Party: Cruz, John V.<br>    Assessments/Fines | $ | 100.00 |
| | | | Payment Type(s)<br>    Cash | $ | 100.00 |
| 10/25/2006 | 0030253 | Canovas, Eric A. | | | |
| | | | CR-05-00053: USA v. Elm<br>Party: Canovas, Jonathan Eric Menina<br>    Assessments/Fines | $ | 100.00 |
| | | | Payment Type(s)<br>    Check #1961 101-511/1214 | $ | 100.00 |
| 12/20/2006 | 0030625 | GAVRAS, WILLIAM | | | |
| | | | CR-05-00053: USA v. Elm<br>Party: Elm, Jarett J.<br>    Assessments/Fines | $ | 100.00 |
| | | | Payment Type(s)<br>    Check #9576 101-521/1214 | $ | 100.00 |



1/3/2007 2:42 pm