ELM_J.ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM

JAN - 9 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JARETT J. ELM, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 05-00053 <br><br> **O R D E R** <br><br> Re: United States Petition to Refund <br> Overpayment of Special Assessment Fee |

Based upon the Plaintiff's Petition to Refund Overpayment of Special Assessment, the Court hereby orders the overpaid portions of the special assessment fee in the amount of $100.00 shall be refunded to William Gavras by mailing a check to his last known address as provided by the plaintiff. Any future payments made by Defendant shall be refunded to him.

**IT IS SO ORDERED**, this 9th day of January, 2007.

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam

ORIGINAL