PROB 12B
(7/93)

# United States District Court

for

*District of Guam*

**Report for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender: **Jarett Julian Elm**　　　　　Case Number: **CR 05-00053-004**

Name of Sentencing Judicial Officer:　Honorable Ronald B. Leighton, Designated Judge

Date of Original Sentence:　August 31, 2006

Original Offense: <u>Count I</u> - Conspiracy to Distribute Methamphetamine Hydrochloride, in violation of 21U.S.C. §§ 841(a)(1) and 846

Original Sentence: One day imprisonment (time served) and four years supervised release with conditions to include that he shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon, cooperate in the collection of DNA, not unlawfully possess a controlled substance, refrain from any unlawful use of a controlled substances, submit up to eight drug tests a month for use of a controlled substance, refrain from the use of all alcoholic beverages, participate in a drug treatment program with drug testing, perform 200 hours of community service, and pay a $100 special assessment fee.

Type of Supervision: **Supervised Release**　　Date Supervision Commenced: **August 31, 2006**

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term _____ years.

☒ To modify the conditions of supervision as follows:

1. To delete the balance of 74 hours of community service and impose a fine of $432.90.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender                                                                                                                                page 2

CAUSE

On August 31, 2006, Jarett J. Elm was sentenced to one day imprisonment (time served) and placed on four years supervised release. Among other special conditions, he was ordered to perform 200 hours of community service. On March 4, 2008, Mr. Elm reported to the U.S. Probation Office and inquired if his community service condition could be modified for him to pay a fine. He is employed full-time and in February 2008, he became a new father. On his days off, he is needed to provide for the care of his infant daughter and unable to perform community service. He stated that he now has the ability to pay a fine.

Mr. Elm completed drug treatment and drug testing on September 5, 2006, submitted to DNA collection on September 13, 2006, and paid his special assessment fee on September 22, 2006. He remains compliant with his other conditions of supervised release.

To date, Mr. Elm has performed 126 hours of community service and has a balance of 74 hours. Based upon the prevailing Federal minimum wage of $5.85 effective January 1, 2008, this Probation Officer suggests that the court impose a fine in the amount of $432.90 in lieu of performing the balance of his community service.

Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Elm's consent to the modification.

| Reviewed by: | Respectfully submitted, |
|---|---|
| CARMEN D. O'MALLAN<br>U.S. Probation Officer Specialist<br>Supervision Unit Leader | MARIA C. CRUZ<br>U.S. Probation Officer |
| Date:  May 15, 2008 | Date:  May 15, 2008 |

**THE COURT ORDERS**

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: May 19, 2008**